UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>MIKE SONG and SCOTT SONG,<br><br>        Defendants. | No. CR06-390Z<br><br>ORDER |

THIS MATTER having come before this Court upon stipulated motion of the parties to continue the date for the filing of pretrial motions and for trial, the Court finds that pursuant to 18 U.S.C. § 3161(h)(8)(A) and 18 U.S.C. § 3161(h)(8)(B) (ii) and (iv), the ends of justice are served by continuing the trial date from January 8, 2007 to March 26, 2007, and that this outweighs the interests of the public and the defendants in a speedy trial. The Court finds that this is a complex case and that it is therefore unreasonable to expect the parties to be prepared adequately for trial before March 26, 2007.

IT IS HEREBY ORDERED that trial in this matter is continued from January 8, 2007, to March 26, 2007 at 9:00 a.m. Defendants shall file waivers of speedy trial no later than December 15, 2006.

IT IS FURTHER ORDERED that, for the purpose of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C. §§ 3161-3164, the period of delay from January

ORDER  1–

8, 2007, up to and including March 26, 2007, is excludable time pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).  IT IS FURTHER ORDERED that the date for filing pretrial motions is continued to February 26, 2007.

IT IS SO ORDERED.

DATED this 8th day of December, 2006.

*Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

ORDER  2–